IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Watson, Lucille R | Case Number: 06 B 13289 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 10/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 26, 2008
Confirmed: December 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,042.00 | |
| Secured: | | 2,156.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,674.09 |
| Trustee Fee: | | 211.91 |
| Other Funds: | | 0.00 |
| Totals: | 4,042.00 | 4,042.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 275.00 | 83.12 |
| 2. | Robert J Semrad & Associates | Administrative | 2,374.00 | 1,590.97 |
| 3. | Wells Fargo Fin Acceptance | Secured | 8,358.08 | 2,156.00 |
| 4. | Asset Acceptance | Unsecured | 94.63 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 123.13 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 40.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 11.85 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 61.29 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 12. | Collection Company Of America | Unsecured | | No Claim Filed |
| 13. | Murphy Lomon & Assocaites | Unsecured | | No Claim Filed |
| 14. | Midwest Orthopedics At Rush | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | East Bay Center For Digestive | Unsecured | | No Claim Filed |
| | | | $ 11,397.98 | $ 3,830.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 50.68 |
| 5.4% | 161.23 |
| | $ 211.91 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watson, Lucille R | Case Number:  06 B 13289 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/12/08 | Filed:  10/17/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

